**Order entered December 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

### MICHAEL DWAIN WILLIAMS, Appellant

### V.

### LUPE VALDEZ, SHERIFF, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's December 12, 2018 request for a paper copy of the supplemental clerk's record filed November 27, 2018. We **GRANT** the motion and **DIRECT** the Clerk of the Court send appellant a paper copy of the November 27th supplemental clerk's record.

/s/      DAVID EVANS
JUSTICE